JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE B
   IRVINE, CA 92714
   714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     COURT NO: 92 A 20487
      Plaintiff,

    v.                    DEFAULT JUDGMENT

TERRENCE A. JARUS

      Defendant(s).
_____/

    In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from TERRENCE A. JARUS the sum of $19,000.00 as principal, $5,979.25 as accrued prejudgment interest, $140.00 administrative charges, and $72.50 costs, plus $1,740.00 attorney fees for a total amount of $26,931.75, plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED: JUN 1 1 1992

                                LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By: _____
                                    Deputy Clerk